**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PATRICK T. FIELDS,

       Plaintiff,                            Case No. 09-12181

                                                     Hon. Marianne O. Battani

v.

UNITED STATES GOVERNMENT,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed suit pursuant to the Freedom of Information Act, 5 U.S.C.§ 552 et seq., seeking his late father's tax returns. The case was referred to Magistrate Judge R. Steve Whalen for all pretrial proceedings. See, 28 U.S.C. § 636(b)(1); (Doc. 7).

On February 25, 2011, the Magistrate Judge recommended that the Court grant Defendant's Motion to Dismiss (Doc. 21) and dismiss Plaintiff's Complaint with prejudice. (Doc. 25). The Magistrate Judge informed the parties that objections to the Report and Recommendation must be filed within fourteen days of service and that a party's failure to file objections would waive any further right of appeal. See (Doc. 25 at 4); 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2); Thomas v. Arn, 474 U.S. 140 (1985).

Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Report and Recommendation, **GRANTS** Defendant's motion to dismiss, and **DISMISSES** Plaintiff's Complaint with prejudice.

      **IT IS SO ORDERED.**

                    s/Marianne O. Battani  
                    MARIANNE O. BATTANI  
                    UNITED STATES DISTRICT JUDGE

DATED: March 25, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were mailed to Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

                    s/Bernadette M. Thebolt  
                    Case Manager